**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Julia J. Chung                       CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-11158 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of CSMC 2018-RPL3 Trust and index same on the master mailing list.

                                           Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
05 May 2021, 16:43:41, EDT

                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322