IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Julia J. Chung                                                     : Case No. 21-11158-MDC

            Debtor                                                           : Chapter 13

---

## ORDER

AND NOW, upon consideration of the Debtor's Motion for an Extension of Time to File the Schedules, Statements and Chapter 13 Plan ("Motion"), it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Debtor shall have until **June 11, 2021** to file the Summary of Assets and Liabilities, the Schedules AB-J, the Statement of Financial Affairs, the Attorney Disclosure Statement, the Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form, the Means Test Calculation Form, if Applicable, and the Chapter 13 Plan.

DATE: May 7, 2021

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE