United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11158-mdc |
| Julia J. Chung | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: May 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Julia J. Chung, 1108 W. Autumn Court, Collegeville, PA 19426-3368 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2021        Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| EUGENE A. CAMPOSANO | on behalf of Debtor Julia J. Chung camposanolaw@comcast.net |
| REBECCA ANN SOLARZ | on behalf of Creditor CSMC 2018-RPL3 Trust c/o Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Julia J. Chung  : Case No. 21-11158-MDC

Debtor  : Chapter 13

**ORDER**

AND NOW, upon consideration of the Debtor's Motion for an Extension of Time to File the Schedules, Statements and Chapter 13 Plan ("Motion"), it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Debtor shall have until **June 11, 2021** to file the Summary of Assets and Liabilities, the Schedules AB-J, the Statement of Financial Affairs, the Attorney Disclosure Statement, the Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form, the Means Test Calculation Form, if Applicable, and the Chapter 13 Plan.

DATE:  May 7, 2021

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE