# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-11158-MDC |
| | : | |
| JULIA J. CHUNG, | : | |
| | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Kindly enter my appearance on behalf of the creditor, Hope USA, LLC, and index the same on the master mailing list.

Dated: June 9, 2021

Respectfully Submitted,

THE LYNCH LAW GROUP, LLC

/s/ *Michael C. Mazack*
Michael C. Mazack
Pa. I.D. No. 205742
501 Smith Dr., Suite 3
Cranberry Township, PA 16066
mmazack@lynchlaw-group.com
Tel: (724) 776-8000
Fax: (724) 776-8001
Counsel for Hope USA, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 9, 2021, a true and correct copy of the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES** was filed with the Clerk of Court using the CM/ECF system, which will provide notification of such filing to all registered users.

*/s/ Michael C. Mazack*
Michael C. Mazack
Pa. I.D. No. 205742
501 Smith Dr., Suite 3
Cranberry Township, PA 16066
mmazack@lynchlaw-group.com
Tel: (724) 776-8000
Fax: (724) 776-8001
Counsel for Hope USA, LLC