**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 21-11158-MDC

JULIA J. CHUNG

1108 W. AUTUMN COURT

COLLEGEVILLE, PA 19426

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JULIA J. CHUNG

    1108 W. AUTUMN COURT

    COLLEGEVILLE, PA 19426

Counsel for debtor(s), by electronic notice only.

    EUGENE A. CAMPOSANO ESQ
    1250 GERMANTOWN PK
    SUITE 205
    PLYMOUTH MEETING, PA 19462-

                                            /S/ William C. Miller

Date: 8/2/2021                              _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee