**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 21-11158-MDC |
| | : | |
| Julia J. Chung | : | Document No. |
| | : | |
| Debtor, | : | |
| | : | Related to Docket No. 14 |
| Hope USA, LLC | : | |
| | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| Julia J. Chung, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the September 14, 2021

Objection to Confirmation of Plan Dated June 11, 2021 were served on the 14th day of

September, 2021, upon the following by First Class United States Mail, postage prepaid:


Julia J. Chung

1108 W. Autumn Court

Collegeville, PA 19462


Eugene A. Camposano, Esq.

1250 Germantown Pike

Suite 205

Plymouth Meeting, PA 19462

Counsel for the Debtor

William C. Miller, Esq.

Office of the Chapter 13 Standing Trustee

P.O. Box 40837

Philadelphia, PA 19107

Respectfully submitted,

THE LYNCH LAW GROUP

Dated: September 14 2021

By: */s/Michael C. Mazack*
Michael C. Mazack, Esquire
Pa. I.D. No. 205742

The Lynch Law Group, LLC
501 Smith Drive, Suite 3
Cranberry Twp., PA 16066
(724) 776-8000

*Attorney for Movant*