# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                Chapter 13

        JULIA  J. CHUNG                     Bankruptcy No. 21-11158-MDC

        1108 W. AUTUMN COURT

        COLLEGEVILLE, PA 19426

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JULIA  J. CHUNG

    1108 W. AUTUMN COURT

    COLLEGEVILLE, PA 19426

**Counsel for debtor(s), by electronic notice only.**
    EUGENE A. CAMPOSANO ESQ
    1250 GERMANTOWN PK
    SUITE 205
    PLYMOUTH MEETING, PA 19462-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 1/18/2022                                                                      /s/ Kenneth E. West

                                                                _____
                                                                Kenneth E. West, Esquire
                                                                Chapter 13 Standing Trustee