**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
JULIA J. CHUNG

Chapter 13

Debtor

Bankruptcy No. 21-11158-MDC

# **O R D E R**

AND NOW, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

March 3, 2022

_____  
Magdeline D. Coleman  
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA 19107

Debtor's Attorney:  
EUGENE A. CAMPOSANO ESQ  
1250 GERMANTOWN PK  
SUITE 205  
PLYMOUTH MEETING, PA 19462-

Debtor:  
JULIA J. CHUNG  
1108 W. AUTUMN COURT  
COLLEGEVILLE, PA 19426